UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | | |
|---|---|---|
| NICHOLAS OWINGS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Cause No. 3:17-CV-375 JD |
| | ) | |
| TAYLOR, | ) | |
| | ) | |
| Defendant. | ) | |

ORDER

Nicholas Owings, a prisoner without a lawyer, was granted until August 21, 2017, to pay the $400.00 filing fee. He was cautioned that if he did not pay by that deadline, this case would be dismissed without further notice for non-payment of the filing fee. That deadline has passed, but he has not responded in any way.

For these reasons, this case is **DISMISSED WITHOUT PREJUDICE**.

SO ORDERED.

ENTERED: September 12, 2017

/s/ JON E. DEGUILIO
Judge
United States District Judge